MAE McMAHON, Respondent, v. BLACK & WHITE CAB CO., INC., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JACOB B. DAVIS, Respondent, v. JACOB FRIEDMAN and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ .

THE MARSHALL OIL COMPANY OF IOWA, Respondent, v. NORTH BRANCH FIRE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JULES CHOPAK, Appellant, v. CARL W. STERN, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve amended complaint on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JULIUS BLATT, Respondent, v. HYMAN SCHLESSINGER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ANNA VISOTZIK, an Infant, by SAMUEL VISOTZIK,. Her Guardian ad Litem, Appellant, v. RUNKEL BROTHERS, a Domestic Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL VISOTZIK, Appellant, v. RUNKEL BROTHERS, a Domestic Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EMMA B. HOLCOMBE, Respondent, v. KATHRYN H. McENTEE, as Executrix, etc., of WILLIAM F. HOLCOMBE, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK RICKERT, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the Police Department of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WALTER C. TETER, Respondent, v. JAMES MITCHELL HOYT, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.